**IN THE UNITED STATES DISTRICT COURT** FILED
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION** 04 JAN 22 PM 4:08

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| **VALLEY RIDGE APARTMENTS and** ) | |
| **HARBOR GROUP MANAGEMENT** ) | |
| **COMPANY,** ) | |
| ) | |
| **Plaintiff/Counter-Defendants,** ) | |
| ) | |
| **v.** ) | **CASE NO.: CV-02-CO-2670-S** |
| ) | |
| **VONCILE PRITCHETT,** ) | |
| ) | |
| **Defendant/Counter-Plaintiff.** ) | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO SUMMARY JUDGMENT

COMES NOW Roderick Walls, Esquire, attorney for the Defendant/Counter-Plaintiff, in the above styled matter, and moves this Honorable Court to grant him an extension of time in which to file his Response to Summary Judgment. In support of this motion, movant states as follows:

1.      That January 16, 2004, I was retained by the Defendant/Counter-Plaintiff, Voncile Pritchett, to represent her in the above-styled cause of action.

2.      That on January 20, 2004, I filed my Notice of Appearance in this matter.

4.      That an extension of time will not result in any unfair prejudice, undue hardship, confusion or undue delay to any party involved.

**WHEREFORE PREMISES CONSIDERED,** Attorney Roderick Walls respectfully requests that this Honorable Court to grant him an extension of time within which to file his Response to Summary Judgment.

GRANTED
21 days to file
response

JAN 26 2004

L. SCOTT COOGLER
U.S. DISTRICT JUDGE

ENTERED
JAN 26 2004