UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
04 JUN -3 AM 8: 33
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| VALLEY RIDGE APARTMENTS, | ] |
| Plaintiff(s), | ] |
| vs. | ] CV-02-CO-02670-S |
| VONCILE L. PRITCHETT, | ] |
| Defendant(s). | ] |

ENTERED
JUN - 3 2004

## ORDER

In conformity with the memorandum of opinion entered contemporaneously herewith, it is hereby ORDERED, ADJUDGED, and DECREED that Valley Ridge's motion for summary judgment is DENIED.

Done, this 2nd of June, 2004.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

55