IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
04 JUN 28 PM 4:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| VONCILE PRITCHETT, ) | |
| ) | |
| Counter-Plaintiff, ) | CASE NO. |
| ) | |
| v. ) | |
| ) | CV-02-CO-2670-S |
| VALLEY RIDGE APARTMENTS and ) | |
| HARBOR GROUP MANAGEMENT ) | |
| COMPANY, ) | |
| ) | |
| Counter-Defendants. ) | |

**MOTION TO RECONSIDER**

DEFENDANTS, **Valley Ridge Apartments** and **Harbor Group Management Company**, respectfully requests this Honorable Court to reconsider its June 17 Order on the question of continuance of this case from the upcoming July 26 trial. As grounds for this motion, the following is set forth:

1. In response to defendants' earlier motion asking for continuance, defendants stated that Roxanne Argo, the corporate representative for Valley Ridge and integral part of the plaintiff's/counter defendant's case, is scheduled to have a caesarean section on July 24, 2004 and would be unable to testify at trial during the week of July 26.

2. In response to this, the Court moved the trial date forward to July 19.

**GRANTED**
JUN 28 2004
L. SCOTT COOGLER
U.S. DISTRICT JUDGE

※ NEW TRIAL DATE IS TUESDAY, OCTOBER 12, 2004, at 9:00 a.m.

ENTERED
JUN 29 2004

H0844119.1/2040-1502